IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| JUAN CARLOS OSUNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-173-F |
| | ) | WO |
| ANTHONY CLARK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 1, 2005 (Doc. #4), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that :

1. The plaintiff's challenges to his pending criminal charges and all court actions related to these charges are DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The plaintiff's claims against Greg Gambril, Walt Merrell and Eugenia Loggins are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

3. Greg Gambril, Walt Merrell and Eugenia Loggins are DISMISSED from this cause of action.

4. The claims presented by the plaintiff referencing alleged violations of the constitutional rights of inmates Joe Clements and Charles A. Barnes are DISMISSED

without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

5. The plaintiff's claims challenging the conditions of confinement to which he is subjected in the Covington County Jail are referred back to the magistrate judge for further proceedings.

DONE this 22nd day of April, 2005.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE