IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS OSUNA, #244495, )  | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-CV-173-MEF |
| ) | |
| SHERIFF ANTHONY CLARK, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On August 9, 2007, the Magistrate Judge filed a Recommendation (Doc. #23) in this case to which no timely objections have been filed.  Upon an independent review of this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge (Doc. #23) is ADOPTED.

2.  The documents characterized by the Magistrate Judge as motions for summary judgment (see Doc. #8 and Doc. #15) filed by Defendants are GRANTED.

3.  This case is DISMISSED with prejudice; and

4.  The costs of this proceeding be taxed against Plaintiff.

Done this 29th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE